# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE PIZARRO,                   1:06-cv-01499-SMS-PC

        Plaintiff,               ORDER FOR PLAINTIFF TO SUBMIT ADDITIONAL COPIES REQUIRED FOR SERVICE OF PROCESS, WITHIN THIRTY DAYS

    v.

PAUL M. SCHULTZ, et al.,

                                   ORDER FOR CLERK TO SEND NOTICE FORM AND COPY OF COMPLAINT TO PLAINTIFF

        Defendants.

_____/

        Plaintiff Jose Pizarro ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff filed this action on October 25, 2006. (Doc. 1.) On November 8, 2006, Plaintiff consented to Magistrate Judge jurisdiction. (Doc. 4.) No other party has appeared in this action. On October 2, 2009, this case was reassigned to the undersigned for all further proceedings, including trial and entry of judgment. (Doc. 14.)

        On November 10, 2009, the court issued an order finding service of the complaint appropriate and forwarding service documents to plaintiff for completion and return. (Doc. 17.) In the order, plaintiff was directed to fill out the forms and return them to the court with seventeen (17) copies of the complaint filed October 25, 2006. On December 15, 2009, plaintiff returned the service documents to the court . (Doc. 18.) However, plaintiff failed to send any copies of the complaint. Before service of the complaint can proceed, plaintiff must send the required copies of the complaint to the court. Plaintiff shall be granted thirty days in which to send seventeen (17) copies of the complaint to the court.

1  If plaintiff is able to identify the Doe Defendants by name and wishes them to be served,
2  plaintiff must file written notice to the court of their names, and a request for the court to substitute
3  the defendants' names. Before the Doe Defendants can be served, they must be identified on the
4  court's record. Plaintiff must also complete and return two USM-285 forms for these defendants
5  before they can be served.[1]

6  Accordingly, it is HEREBY ORDERED that:

7  1.  The Clerk of the Court shall send to plaintiff:
8      (1)  One copy of the complaint filed October 25, 2006 (Doc. 1.), and
9      (2)  A Notice of Submission of Documents form;
10 2.  Within **thirty (30) days** from the date of this order, plaintiff shall complete the
11     Notice of Submission of Documents form and submit the completed Notice to the
12     court with seventeen (17) copies of the endorsed complaint filed October 25, 2006;
13 3.  If plaintiff is able to identify the Doe Defendants by name and wishes them to be
14     served, plaintiff must file written notice with the court of their names, a request for
15     the court to substitute the defendants' names, and two completed USM-285 forms for
16     these defendants;
17 4.  Plaintiff need not attempt service on defendants and need not request waiver of
18     service. Upon receipt of the above-described Notice and seventeen (17) copies, the
19     court will direct the United States Marshal to serve the defendants pursuant to
20     Federal Rule of Civil Procedure 4 without payment of costs; and
21 5.  Plaintiff's failure to comply with this order will result in the dismissal of this action.

23 IT IS SO ORDERED.

24 **Dated:   January 19, 2010**             /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that plaintiff returned summonses (but no USM-285 forms) for two defendants who were not named in the complaint, Mr. Wade and Mr. McAllister. In the event that these are the names of the two Doe Defendants in this action, plaintiff must file written notice and a request for substitution of the names, as instructed above, before these defendants can be served. In addition, plaintiff must complete and return the two USM-285 forms for these defendants before they can be served.